IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    12-cv-00484-RBJ | Date:  May 28, 2014 |
| Courtroom Deputy:    Julie Dynes | Court Reporter: Tammy Hoffschildt |

| *Parties* | *Counsel* |
|---|---|
| SHARON L. BLOTCHER    **Plaintiff(s)** | *Joseph W. Kiel* |
| v. | |
| SHELBY R. STEWART MERCHANTS MOVING & STORAGE, INC    **Defendant(s)** | *Christina L. Dixon* |

## COURTROOM MINUTES

### DAUBERT HEARING DAY TWO

Court in Session: 12:59 p.m.

Plaintiff's witness, Dr. Stephen Gregory Hipskind, recalled and is reminded he is still under oath.

| | |
|---|---|
| 1:00 p.m. | Continued direct examination of Dr. Hipskind by Mr. Kiel. |
| 1:20 p.m. | Cross examination of Dr. Hipskind by Ms. Dixon. |
| **2:27 p.m.** | **Court in recess.** |
| **2:41 p.m.** | **Court in session.** |

Defedant's witness, Dr. Stephen Moe, called and sworn.

| | |
|---|---|
| 2:42 p.m. | Direct examination of Dr. Moe by Ms. Dixon. |
| 3:09 p.m. | Cross examination of Dr. Moe by Mr. Kiel. |

Defendant's witness, Dr. Howard Wortzel, called and sworn.

| | |
|---|---|
| 3:35 p.m. | Direct examination of Dr. Wortzel by Ms. Dixon. |

3:48 p.m.        Cross examination of Dr. Wortzel by Mr. Kiel.

Argument given on [35] Defendant's Motion to Preclude the Expert Opinion Testimony of Dr. Gregory Hipskind, to Preclude the Introduction of Plaintiff's SPECT Scan, and to Strike the Expert Disclosures of Dr. Helffenstein (Provided on January 2, 2014) as Untimely.

**ORDERED:  Motion is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  4:38 p.m.            Hearing concluded.            Total time in Court:  03:25