IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00484-RBJ

SHARON L. BLOTCHER,

    Plaintiff,

v.

SHELBY R. STEWART and
MERCHANTS MOVING & STORAGE, INC. a North Carolina corporation,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice under Rule 41(a)(1)(ii), Fed. R. Civ. P., and being fully advised, This Court

Orders that the Motion be, and hereby is, GRANTED. This action is dismissed with prejudice. Each party to pay their own attorneys' fees and costs.

DATED this 27th day of June, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge